### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA M. WEST, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social ) <br> Security Administration, ) <br> ) <br> Defendant. ) | Case No. CIV-12-976-F |

### ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on July 11, 2013, wherein he recommended that defendant Commissioner's final decision denying plaintiff's applications for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382, be affirmed.

Presently before the court is plaintiff's timely objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs in the analysis of Magistrate Judge Purcell. The court finds plaintiff's objection to be without merit. The court therefore accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on July 11, 2013 (doc. no. 15) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration, denying plaintiff, Angela M. West's applications for disability insurance and supplemental security income benefits

under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382, is **AFFIRMED**. Judgment shall issue forthwith.

DATED August 15, 2013.

/s/ S.P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0976p002.wpd